# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN re  ISHI 30A, LLC                       Case No.: 20-03573
                    Debtor                 Chapter  7

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS
((NOTE: ONLY INCLUDE information directly related to the business operation)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS

    1.. Gross Income for 12 Months Prior to Filing:       $ 165,324.00

PART B - ESTIMATED AVERAGE FUTURE MONTHLY INCOME

    2. Gross Monthly Income                                                $ 0.00

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3. Net Employee Payroll (Other Than Debtor)     $ 0.00
    4. Payroll Taxes                                $ 0.00
    5. Unemployment Taxes                           $ 0.00
    6. Worker's Compensation                        $ 0.00
    7. Other Taxes                                  $ 0.00
    8. Inventory Purchases (Including raw materials) $ 0.00
    9. Rent (Other than debtor's principal residence) $ 0.00
    10. Utilities                                   $ 0.00
    11. Offices Expenses and Supplies               $ 0.00
    12. Repairs and Maintenance                     $ 0.00
    14. Vehicle Expenses                            $ 0.00
    15. Travel and Entertainment                    $ 0.00
    16. Equipment Rental and Leases                 $ 0.00
    17. Legal/Accounting/Other Profesional Fees     $ 0.00
    18. Insurance                                   $ 0.00
    19. Employee Benfits (e.g., penson, medical, etc.) $ 0.00
    20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Debts (Specify)

        DESCRIPTION                     TOTAL  $ 0.00

    21. Other (Specify)

        DESCRIPTION                     TOTAL  $ 0.00

    22. Total Monthly Expenses (Add items 3-21)                $ 0.00

PART D  ESTIMATED AVERAGE NET MONTHLY INCOME

    23 AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $ 0.00